# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

---

**UNITED STATES OF AMERICA**       __ Violation Notice  _X_ Information  ___ Complaint

    Plaintiff,      Citation No. _____

    VS.      Case No. _____

     Date Violation Notice Issued _____

     Place _____

**RONUK J. PATEL**      Violation(s) charged:
    Defendant.      __PCS__    M/A    Collateral $ _____
     _____ M/A    Collateral $ _____
     _____ M/A    Collateral $ _____
     _____ M/A    Collateral $ _____

TIME  _9:00 - 9:25_  DATE  _11/18/10_

Before the Honorable, **James K. Lubing**

| _Tina O'Connor_ | _Lee Pico_ | _____ | _____ |
|---|---|---|---|
| Deputy Clerk | Asst. U.S. Attorney | Court Reporter | Probation Officer |

☐ Failed to Appear. Warrant issued on _____

☒ Appeared     ☒ Voluntarily  _via telephone_  ☐ In-Custody

☐ Informed of charges and rights. Date _____

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

☒ Attorney appearing: __Mark Longfield__

     ☐ FPD     ☐ PANEL-CJA     ☒ RETAINED

☐ Attorney waived.

☐ Court orders case continued to _____ at _____

     reason _____

☐ Bail is set at $ _____.

     ☐ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount

☐ Conditions of Release _____

- ☐ Waiver of Jury Trial/Class A Misdemeanor.
- ☐ Defendant executes Consent to **Transfer** Petty Offense for Plea and Sentence.
- ☐ Defendant arraigned:  Date _____.   Defendant enters:
    - ☐ Not Guilty Plea
    - ☐ Guilty Plea
- ☐ Court accepts plea.
- ☐ Trial set for: _____
- ☐ Trial.  Witnesses: _____
- ☐ Disposition
    - ☐ Not Guilty
    - ☐ Guilty
    - ☐ Dismissed
    - ☐ Collateral Forfeited $_____
- ☐ Sentencing set for: _____
- ☐ PSI Ordered.

**SENTENCE:**  Date: 11/18/10                        ☐ SA Evaluation Rec'd _____

- ☐ Imposition of jail sentence.  Committed to Custody for a period of _____
- ☐ Served _____    Suspended _____.
- ☒ Probation for a period of _1 year_.    ☒ W/ Supervision    ☐ W/O Supervision
- ☒ Special Conditions of probation
    SAE + follow rec.
- ☒ Fined $ 1060  w/ _____ suspended, payable on or before  30 days
- ☐ Restitution $_____, to: _____, payable on or before _____
- ☒ Special Assessment $ 25, payable on or before  30 days
- ☐ Processing Fee $_____, payable on or before _____
- ☒ Defendant advised of right to appeal.
- ☐ Other _____